**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
SHAWNELLE KING and JAHMIA PHILLIPS,

                    Plaintiffs,

      -against-

STAGE 29 PRODUCTIONS, LLC, a/k/a INSIDE-OUT MEDIA, LLC,

                    Defendant.
------------------------------------------------------------X

Case No. 19-cv-09549 (CM)

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Defendant Stage 29 Productions, LLC, by its attorneys Lewis Brisbois Bisgaard & Smith LLP, hereby certifies that it is a privately held limited liability company that has no corporate parent and that no publicly held company owns ten percent or more of its stock.

Dated: New York, New York
        March 4, 2020

                                LEWIS BRISBOIS BISGAARD & SMITH LLP

                                By: /s/ Peter T. Shapiro
                                     Peter T. Shapiro
                                     *Attorneys for Defendant*
                                     77 Water Street, Suite 2100
                                     New York, New York 10005
                                     (212) 232-1300
                                     Peter.shapiro@lewisbrisbois.com

## **CERTIFICATE OF SERVICE**

      Peter T. Shapiro, an attorney duly admitted to practice before this Court, certifies that on March 4, 2020, he caused the within Rule 7.1 Disclosure to be filed and served via ECF.

                                                     /s/ Peter T. Shapiro
                                                        Peter T. Shapiro