UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHAWNELLE KING and JAHMIA PHILLIPS,

    Plaintiffs,

-against-

STAGE 29 PRODUCTIONS, LLC, a/k/a INSIDE-OUT MEDIA, LLC,

    Defendant.

Civil No.: 1:19-cv-09549 (CM)

[PROPOSED] JUDGMENT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/25/2024

---

It is hereby **ORDERED, ADJUDGED AND DECREED:** That having reviewed Defendant Stage 29 Productions, LLC's ("Stage 29") Petition to Confirm the Final Arbitration Award and arguments in support of ~~and opposed to~~ confirmation (no response having been filed), as well as having reviewed the Arbitrator's Final Award and Sanctions Award, the Court finds that there is no reason to vacate, modify, or correct the Final Award, nor finds that the Arbitrator manifestly disregarded the law in issuing the Final Award, and that the Final Award should be confirmed; according, the Petition is GRANTED. Plaintiffs' claims are dismissed with prejudice. Stage 29 is awarded $5,126.08 as a judgment to be satisfied by Plaintiff Jahmia Phillips, and the case is closed.

_____
Hon. Colleen McMahon
United States District Judge

10/24/2024